IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AMANDA CIMILLO, etc., et al.,

    Plaintiffs,

v.                          CASE NO. 4:16cv584-RH/CAS

DIANE ANDREWS et al.,

    Defendants.

_____/

## ORDER ON DISCLOSURE OF
## MEDICAL EXAMINER RECORDS

The plaintiff's unopposed motion, ECF No. 88, to require disclosure of records of the Office of the Medical Examiner, District Two ("the Medical Examiner") relating to Randall Wayne Jordan-Aparo, including medical records received from others, is granted. The Medical Examiner must comply with the subpoena at a reasonable time and in a reasonable manner. A person who views or obtains a copy of a record because of this order or the subpoena must use the record—and information in it—only in connection with this lawsuit and must not disclose the record—or information in it—except as necessary in connection with this lawsuit. An attorney who makes a record available to any other person under this order must ensure that the person knows about and receives a copy of this

order before receiving the record. This order does not restrict the use or disclosure of information obtained by means unrelated to this order or the subpoena authorized by this order.

    SO ORDERED on October 5, 2017.

                                      <u>s/Robert L. Hinkle</u>
                                      United States District Judge