# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

AMANDA CIMILLO,

    Plaintiff,

v.                                                             CASE NO. 4:16cv584-RH/CAS

ROLLIN AUSTIN et al.,

    Defendants.

_____/

## ORDER COMPELLING DOCUMENT PRODUCTION

    As set out on the record of the hearing on December 1, 2017,

    IT IS ORDERED:

    1. The plaintiff's motion to compel discovery, ECF No. 112, is granted in part.

    2. By December 15, 2017, the defendant Florida Department of Corrections must produce to the plaintiff copies of all documents that are described in the production requests attached to the motion to compel and have not already been produced.

3. Originals of requested documents that exist in hard copy must be made available for inspection upon request at a reasonable time—not necessarily by December 15.

4. No costs or attorney's fees are assessed in connection with the motion to compel.

SO ORDERED on December 1, 2017.

s/Robert L. Hinkle  
United States District Judge