IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AMANDA CIMILLO,

    Plaintiff,

v.                                CASE NO. 4:16cv584-RH/CAS

ROLLIN AUSTIN et al.,

    Defendants.

_____/

ORDER DENYING THE MOTION TO RECONSIDER OR
FOR 1292(b) CERTIFICATION OF THE ORDER DENYING
THE DEPARTMENT'S SUMMARY-JUDGMENT MOTION

    The Department of Corrections' motion, ECF No. 233, to reconsider the order denying its summary judgment motion and alternatively to certify that order for interlocutory appeal under 28 U.S.C. § 1292(b) is denied.

    SO ORDERED on August 24, 2018.

                                        s/Robert L. Hinkle
                                        United States District Judge