## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**AMANDA CIMILLO, as**
**Personal Representative of the**
**Estate of RANDALL JORDAN-APARO,**
**Deceased and MINOR CHILD APARO**
**The Natural Child of Randall Jordan-Aparo**
**By and Through Her Mother and Natural Guardian**
**Amanda Cimillo,**

      Plaintiffs,

**vs.**                              **CASE NO. 4:16-cv-00584-RH-CAS**

**ROLLIN AUSTIN, et al.**

      Defendants.

_____/

## NOTICE OF SETTLEMENT

      YOU ARE HEREBY NOTIFIED that the Parties have settled this case and requests that this Court dismiss this action within ninety (90) days from today's date in order for the parties to exchange settlement documents, monetary consideration and obtain any other orders as may be necessary for the Estate.  This matter should be removed from the court's hearing and trial docket.

                         Respectfully submitted,

                         The Law Offices of
                         STEVEN R. ANDREWS, P.A.
                         822 Monroe Street
                         Tallahassee, Florida 32303
                         Tel:  (850) 681-6416 / Fax: (850) 681-6984

*/s/ Ryan J. Andrews*
STEVEN R. ANDREWS (FBN 0263680)
BRIAN O. FINNERTY (FBN 0094647)
bfinnerty@andrewslawoffice.com
RYAN J. ANDREWS (FBN 0104703)
ryan@andrewslawoffice.com
service@andrewslawoffice.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by electronic transmission this 12th day of September, 2018, to:

W. Peter Martin
Dennis, Jackson, Martin & Fontela, P.A.
1591 Summit Lake Drive, Suite 200
Tallahassee, Florida 32317
peter@djmf-law.com
jmauer@djmf-law.com
jennifer@djmf-law.com
*Attorney for FDOC & Andrews*

Brian C. Keri
The Law Offices of Brian C. Keri, PA
3375-H Capital Circle NW, Suite 4
Tallahassee FL 32308
brianckeri@earthlink.net
*Attorney for Austin, Brown, Burch, Gillikin,*
*Hamm, Hampton, Martina & Spangler*

Jeffrey S. Howell
Phipps & Howell
201 South Monroe Street, 4th Floor (32301)
Post Office Box 1351
Tallahassee, Florida 32302
jeff@phipps-howell.com
*Attorney for Goodwin, Housholder, Jones*
*a/k/a Franklin, Riley & Greene*

/s/ **Ryan J. Andrews**
RYAN J. ANDREWS